# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Catherine Spoon
Plaintiff

v.

26-cv-556
Civil Action No.

The Law Base Inc.
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Catherine Spoon

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Catherine Spoon, Heidarpour Law Firm, PLLC, Paronich Law, P.C.

|  |  |
|---|---|
| Date: | February 20, 2026 |
| Signature: | *[signature]* |
| Print Name: | Anthony Paronich |
| Bar Number: | 678437 |
| Address: | 350 Lincoln St., Suite 2400 |
| City, State, Zip: | Hingham, MA 02043 |
| Telephone: | (508) 221-1510 |
| Fax: | (617) 485-0018 |
| E-Mail: | anthony@paronichlaw.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.